JOSE F. J. XIQUES, Appellant, *v.* THE BRADSTREET COMPANY, Respondent.

(Argued March 5, 1894; decided March 20, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made August 30, 1893, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*Hector M. Hitchings* for appellant.

*John H. Bird* for respondent.

Agree to affirm on opinion below.†
All concur.
Judgment affirmed.